JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAGWELL, | Case No. CV 17-06632-AB (FFMx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| FORD MOTOR COMPANY, et al., | |
| Defendant. | |
| *Member of ML-18-02814 AB (FFMx)* | |

THE COURT has been advised that the above-entitled action has been settled.

The Court therefore ORDERS that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. Any Motion for Attorneys' fees must be filed within 45 days of this Order. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 1, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.